**Opinion issued November 22, 2022**



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-22-00466-CV

————————————

**CLARK BUILDING 7626 WESTHEIMER, LLC, Appellant**

**V.**

**WESTHEIMER CROSSING, LP, WESTWOOD HOUSTON, LLC, AND VOSS, SE, LLC, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-50467**

---

### MEMORANDUM OPINION

Appellant, Clark Building 7626 Westheimer, LLC, has filed a motion to dismiss the appeal stating that it no longer wishes to pursue the appeal. The motion is unopposed.

We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.